Jack Silver, Esquire SBN 160575
Law Office of Jack Silver
Jerry Bernhaut, Esquire SBN 206264
Post Office Box 5469
Santa Rosa, California 95402-5469
Telephone: (707) 528-8175
Facsimile:  (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit corporation,<br><br>              Plaintiff,<br>    v.<br><br>GINA GALLO, DRY CREEK GENERAL STORE and DOES 1 through 10, Inclusive,<br><br>              Defendants<br>_____/ | Case No:. 3:10-cv-01999 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[FRCP § 41(a)(1)(A)(i)]** |

    Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with  prejudice.

Dated: August 31, 2010              */s/ Jerry Bernhaut*
                                    JERRY BERNHAUT
                                    Attorney for Plaintiff
                                    NORTHERN CALIFORNIA RIVER WATCH

3:10-cv-01999 SC
Notice of Voluntary Dismissal of Entire Action With Prejudice [FRCP § 41(a)(1)(A)(i)]