```
 1  Jack Silver, Esquire SBN 160575
    Law Office of Jack Silver
 2  Jerry Bernhaut, Esquire SBN 206264
    Post Office Box 5469
 3  Santa Rosa, California 95402-5469
    Telephone: (707) 528-8175
 4  Facsimile:  (707) 528-8675
    lhm28843@sbcglobal.net
 5
    Attorneys for Plaintiff
 6  NORTHERN CALIFORNIA RIVER WATCH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>GINA GALLO, DRY CREEK GENERAL STORE and DOES 1 through 10, Inclusive,<br><br>                   Defendants<br>_____/ | Case No:. 3:10-cv-01999 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>**[FRCP § 41(a)(1)(A)(i)]** |

   Pursuant to FRCP § 41(a)(1)(A)(i), NOTICE IS HEREBY GIVEN that Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby dismisses the above-entitled action in its entirety with prejudice.

Dated: August 31, 2010          /s/ Jerry Bernhaut
                                JERRY BERNHAUT
                                Attorney for Plaintiff
                                NORTHERN CALIFORNIA RIVER WATCH

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

3:10-cv-01999 SC
Notice of Voluntary Dismissal of Entire Action With Prejudice [FRCP § 41(a)(1)(A)(i)]